IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM RUSSELL ROBERTS,

    Plaintiff,

v.

LEE ANNE GALLAGHER, ET AL.,

    Defendants.

ORDER

Case No. 19-cv-331-wmc

Plaintiff William Russell Roberts has filed a proposed complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From plaintiff's affidavit of indigency, I cannot determine whether plaintiff qualifies for indigent status. The affidavit indicates that plaintiff receives income from VA compensation and Social Security Disability, however, plaintiff does not include information regarding his total monthly income. Without this information, I am unable to determine whether plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement the request for leave to proceed without paying the filing fee by completing section II on his original affidavit of indigency which is enclosed. When completing the affidavit, plaintiff should take care to show how basic necessities are paid, and include plaintiff's actual gross monthly income from all sources for the last 12 months.

ORDER

IT IS ORDERED that plaintiff William Russell Roberts, may have until May 21, 2019, to amend and return the affidavit of indigency, taking particular care to show how basic necessities are paid, and include actual gross monthly income from all sources for the last 12 months. If plaintiff fails to provide this requested financial information, then the

court will deny the request for leave to proceed without prepayment of the filing fee for failure to show indigency.

Entered this 30th day of April, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge