IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM RUSSELL ROBERTS,

           Plaintiff,

    v.

LEE ANNE GALLAGHER,
NINA J. GALLAGHER, MAPFRE INSURANCE,
EAN HOLDINGS LLC d/b/a ENTERPRISE
RENT A CAR, HERTZ GLOBAL HOLDINGS, INC.,
HERTZ VEHICLES LLC, DOLLAR THRIFTY
AUTOMOTIVE GROUP, INC., HERTZ CORPORATE
HEADQUARTERS, VOLKSWAGEN GROUP OF
AMERICA, INC., NORTHERN ARIZONA HEALTHCARE,
JOSEPH EZRA ROBERTS, DOLLAR THRIFTY GROUP,
and LIBERTY MUTUAL INSURANCE,

           Defendants.

ORDER

19-cv-331-wmc

---

The court having been advised that the defendants, Hertz Global Holdings, Inc., Hertz Vehicles LLC, Dollar Thrifty Automotive Group, Inc., Hertz Corporate Headquarters, and Dollar Thrifty Group have filed a bankruptcy petition on May 22, 2020,

IT IS ORDERED that the above entitled action is DISMISSED without prejudice as to defendants Hertz Global Holdings, Inc. Hertz Vehicles LLC, Dollar Thrifty Automotive Group, Inc., Hertz Corporate Headquarters and Dollar Thrifty Group, subject to its reopening and tolling of any applicable statutes of limitations if all issues have not been fully addressed upon the completion of bankruptcy proceedings.

Entered this 3rd day of June, 2020.

BY THE COURT

/s/_____
William M. Conley
District Judge