IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM RUSSELL ROBERTS,

    Plaintiff,

v.

Case No. 19-cv-331-wmc

LEE ANNE GALLAGHER, NINA J. FOPPE, MAPFRE INSURANCE, EAN HOLDINGS LLC, HERTZ GLOBAL HOLDINGS, INC., HERTZ VEHICLES LLC, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., HERTZ CORPORATE HEADQUARTERS, VOLKSWAGON GROUP OF AMERICA, NORTHERN ARIZONA HEALTHCARE, JOSEPH EZRA ROBERTS, DOLLAR THRIFTY GROUP, AND LIBERTY MUTUAL INSURANCE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 12/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |